## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ALEXIA BURNO-WHALEN,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. GLS-15-0564** |
| **STATE OF MARYLAND, et al.,** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CONTINUE TRIAL DATE

Plaintiff, Alexia Burno-Whalen, by and through undersigned counsel, Michael E. Lawlor, Brennan, McKenna & Lawlor, Chtd., and hereby moves this Honorable Court to continue the trial date currently scheduled to begin on Tuesday, September 24, 2019. In support of this Motion counsel state the following:

1.      Per prior Order of the Court, the Plaintiff is scheduled to appear before this Honorable Court on Tuesday, September 24, 2019, for trial.

2.      The Plaintiff respectfully asks this Court to continue the current trial date for the following reasons:

a. Undersigned counsel is schedule to appear for trial in an appointed murder case in the Circuit Court for Baltimore

City, Maryland on September 20, 2019 (*State v. Tikoy Mahoney*).  This is the third trial in the Mahoney case, the prior two having ended in mistrials.    Counsel hoped that the matter would resolve with a plea but the plea was not accepted by the defendant.  Counsel then filed a Motion to Continue the Mahoney trial but the Motion was denied (see attached Exhibit A).

3.     Assistant Attorney General, Phillip M. Pickus takes not position on this Motion to Continue Trial Date.

WHEREFORE, for the foregoing reasons, the Plaintiff respectfully requests that this Honorable Court continue the current trial to a date convenient to all parties..

Respectfully submitted,

_____/s/_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2019, a copy of the foregoing was provided to counsel for the Defendants, via electronic service and first-class mail to:

Phillip M. Pickus
Assistant Attorney General
1201 Reisterstown Road
Pikesville, Maryland 21208
Phillip.pickus@maryland.gov

*Counsel for the State of Maryland,*

\_\_\_\_/s/_____
Michael E. Lawlor