## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ALEXIA BURNO-WHALEN,      *

        Plaintiff,      *

   v.         *     Civil Action No. GLS-15-0564

STATE OF MARYLAND, et. al.,    *

        Defendants.     *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## PLAINTIFF'S RESPONSE TO PRE-TRIAL ORDER (SECTION 13)

In accordance with this Court's Scheduling Order, Plaintiff submits the following proposed an outline/summary of the four claims in the Amended Complaint.

*Count One*:   Officer Okafor battered Plaintiff when he struck her in the mouth with a metal baton.   Officer Hobbs battered plaintiff by restraining her without legal justification.

*Count Two*:   Officer Okafor falsely arrested Plaintiff when he arrested her without probable cause to believe she committed a crime.

*Count Three*: Officer Okafor violated Plaintiff's 14th Amendment right to be free from excessive force when he struck her in the mouth with a metal baton.

AND
     Officer Hobbs violated Plaintiff's 14th Amendment right to be free from excessive force when he restrained her despite her being handcuffed and not attempting to resist arrest or escape.

*Count Four*:  Officer Okafor violated Plaintiff's 14th Amendment right to be free from arrest without probable cause e when he arrested her without probable cause to believe she committed a crime.

Respectfully submitted,

_____/s/_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2019, a copy of the foregoing was provided to counsel for the Defendants, via electronic service and first-class mail to:

Phillip M. Pickus
Assistant Attorney General
1201 Reisterstown Road
Pikesville, Maryland 21208
Phillip.pickus@maryland.gov

*Counsel for the State of Maryland,*

___/s/_____
Michael E. Lawlor