**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

|  |  |  |
|---|---|---|
| **ALEXIA BURNO-WHALEN** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: GLS-15-0564 |
| **THE STATE OF MARYLAND, et al.,** | ) ) ) | |
| Defendants. | ) ) | |

**ORDER OF JUDGMENT**

On September 26, 2019, a jury returned a verdict in favor of Defendants State of Maryland, Oliver Okafor, and Robert Hobbs against the Plaintiff, Alexia Burno-Whalen, it is this **27th** day of September, 2019, hereby **ORDERED** that

1. Judgment is entered in favor of Defendant State of Maryland on Counts 1 and 2 of Plaintiff's Amended Complaint;

2. Judgment is entered in favor of Defendant Oliver Okafor on Counts 1 through 4 of Plaintiff's Amended Complaint;

3. Judgment is entered in favor of Robert Hobbs on Counts 1 and 3 of Plaintiff's Amended Complaint;

4. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by references herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.; and

5. The Clerk of the Court **CLOSE** the case.

/s/
The Honorable Gina L. Simms
United States Magistrate Judge